UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:05-CR-143 CAS |
| v. ) | |
| ) | |
| JORGE LOPEZ-VARGAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Lewis M. Blanton. On January 18, 2006, Judge Blanton filed a Report and Recommendation of United States Magistrate Judge which recommended that defendant's motion to suppress evidence and statements be denied.

No objections have been filed to the Magistrate Judge's Report and Recommendation and the time to do so has passed.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 25]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence and Statements is **DENIED**. [Doc. 13]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  13th  day of February, 2006.